Same case below, 454 Mass. 245, 909 N.E.2d 1.

**No. 09-8012. Allen Dewayne Bates, Petitioner v. Jeff Davis, et al.**

559 U.S. 948, 130 S. Ct. 1525, 176 L. Ed. 2d 128, 2010 U.S. LEXIS 1321.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 332 Fed. Appx. 983.

**No. 09-8015. Leopoldo Aguado-Guel, Petitioner v. Deputy Larkin, et al.**

559 U.S. 948, 130 S. Ct. 1526, 176 L. Ed. 2d 128, 2010 U.S. LEXIS 1240.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 09-8023. Roberto Baez, Petitioner v. Robert J. James, Judge, Superior Court of Georgia, Douglas County.**

559 U.S. 948, 130 S. Ct. 1526, 176 L. Ed. 2d 128, 2010 U.S. LEXIS 1202,

February 22, 2010. Petition for writ of certiorari to the Supreme Court of Georgia denied.

**No. 09-8024. Herby Caillot, Petitioner v. Massachusetts.**

559 U.S. 948, 130 S. Ct. 1527, 176 L. Ed. 2d 128, 2010 U.S. LEXIS 1396.

February 22, 2010. Petition for writ of certiorari to the Supreme Judicial Court of Massachusetts denied.

Same case below, 454 Mass. 245, 909 N.E.2d 1.

**No. 09-8034. Arthur Lee Griggs, Petitioner v. Grantt Culliver, Warden.**

559 U.S. 948, 130 S. Ct. 1527, 176 L. Ed. 2d 128, 2010 U.S. LEXIS 1185.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8037. Caswell Fenton, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

559 U.S. 948, 130 S. Ct. 1528, 176 L. Ed. 2d 128, 2010 U.S. LEXIS 1136.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 09-8039. Kim June Galvan, Petitioner v. California.**

559 U.S. 948, 130 S. Ct. 1528, 176 L. Ed. 2d 128, 2010 U.S. LEXIS 1398.

February 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

**No. 09-8041. John Gonzales, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

559 U.S. 948, 130 S. Ct. 1528, 176 L. Ed. 2d 128, 2010 U.S. LEXIS 1302.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-8042. Loren James Hoelscher, Petitioner v. California.**

559 U.S. 948, 130 S. Ct. 1528, 176 L. Ed. 2d 128, 2010 U.S. LEXIS 1323.

February 22, 2010. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.